# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
4:31 pm, 1/4/22
Margaret Botkins
Clerk of Court

| | |
|---|---|
| DANIEL TRUETT NEESE; ALTATUDE 650, LLC, a Wyoming limited liability company; PREMIER WEST BUILDERS, INC., a Texas corporation; SCOTT FIELD; CLARISSA FIELD; and FIELD MINERALS, LLC, a Colorado limited liability company,<br><br>Plaintiffs<br><br>vs<br><br>LARRY R. MOYER; LARRY R. MOYER EXPLORATION, LLC, a Colorado limited liability company; STEPHEN SMITH; STEPHEN SMITH, INC., a Colorado corporation; GOLDEN CREST II, LLC, a Wyoming limited liability company; JOHN AND JANE DOES 1-20; and BLACK AND WHITE CORPORATIONS 1-20,<br><br>Defendants | Case Number: 21-CV-117-SWS |

## JUDGMENT IN A CIVIL ACTION

This matter came before the Court on the Defendants' Motion to Dismiss (ECF No. 8). The Court, having considered the motion, reviewed the file herein, and being otherwise fully advised, entered an Order Granting Defendants' Motion to Dismiss. This matter is now closed.

Dated this 4th day of January, 2022.

                                            Margaret Botkins
                                            Clerk of Court

                                            By Kim Blonigen
                                            Deputy Clerk